# UNITED STATES DISTRICT COURT
for the
### Eastern District of Kentucky
### Ashland Division

| | |
|---|---|
| Deron T. Bane<br>    *Plaintiff*<br><br>v.<br><br>Equifax Information Services, LLC<br>    *Defendant*<br>Serve:<br>    Corporation Service Company<br>    421 West Main Street<br>    Frankfort, KY 40601 | )<br>)<br>)<br>)  Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT and DEMAND FOR JURY TRIAL

### INTRODUCTION

1. This is a complaint for damages for Defendant Equifax Information Services, LLC's ("Equifax") violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA").

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1681p. Venue is proper as the nucleus of relevant events which affected and/or damaged Plaintiff as a consumer occurred within Lewis County, Ky., which is located within this Eastern District.

### PARTIES

3. Plaintiff Deron T. Bane is a natural person who resides in Lewis County, Ky. Mr. Bane is a "consumer" within the meaning of the FCRA, as defined at 15 U.S.C. § 1681a(c).

4. Defendant Equifax Information Services, LLC is a foreign limited liability company, with its principal place of business located at 1550 Peachtree Street NW, Atlanta, GA 30309. Equifax has registered to do business with Kentucky Secretary of State. Equifax is a "consumer reporting agency" within the meaning of the FCRA.

## STATEMENT OF FACTS

5. On June 5, 2012, Unifund CCR Partners ("Unifund"), a third-party debt buyer, sued Mr. Bane in the Lewis Circuit Court of Lewis County, Kentucky under case number 12-CI-00215 in an attempt to collect a debt from him (the "State Court Lawsuit").

6. On October 5, 2012, Unifund and Mr. Bane entered into an agreed judgment in the State Court Lawsuit (the "Judgment").

7. Thereafter Mr. Bane paid and satisfied the amount of the Judgment in full, and on April 6, 2016, Unifund filed a Notice of Satisfaction of Judgment in the State Court Lawsuit with the Lewis Circuit Court declaring the Judgment satisfied (the "Satisfaction").

8. The Satisfaction is a public record easily available to any and all who care to view and review it.

9. On January 18, 2017, Mr. Bane reviewed his consumer credit report from Equifax through the Credit Karma website and discovered that Equifax was not reporting the Judgment as satisfied and instead showed that the judgment against him in case number 12-CI-00215, the case number of the State Court Lawsuit, was still outstanding in the public record section of his Equifax consumer credit report.

10. The false reporting of the Judgment as unpaid in the public records section of his consumer credit reports from Equifax has negatively affected Mr. Bane's creditworthiness, credit score, and ability to obtain credit.

11. Mr. Bane was denied credit and financing, had to pay more for credit, and lost opportunities to reduce the cost of credit because of inaccurate credit information published by Equifax in connection with the Judgment. In particular, Equifax incorrectly published to one or more of its subscribers and users of its consumer reports that the Judgment was outstanding against him in the public record section of his consumer credit reports.

12. Equifax's false reporting of the Judgment was inaccurate and in violation of the FCRA, 15 U.S.C. § 1681e(b) in that each failed to follow reasonable procedures to assure maximum possible accuracy in the preparation of Mr. Bane's credit reports and credit files each publishes and maintains concerning Mr. Bane.

13. Equifax knew or should have known that the Judgment had been paid and satisfied *before* publishing Mr. Bane's credit report to its subscribers and users of its consumer reports and it therefore failed to maintain the reasonable procedures necessary to avoid violations of the FCRA in connection with publishing credit information concerning Mr. Bane and the Judgment.

## CLAIMS FOR RELIEF

14. Plaintiff Deron T. Bane restates each of the allegations in the preceding paragraphs as if fully set forth herein.

15. Equifax Information Services, LLC ("Equifax") violated 15 U.S.C. § 1681e(b) by failing to establish and/or to follow reasonable procedures to assure maximum possible accuracy in the preparation of consumer reports it published to its subscribers and users of its consumer reports concerning Mr. Bane and the Judgment.

16. Equifax's conduct, actions and inactions were willful, rendering Equifax liable under 15 U.S.C. § 1681n for actual, statutory, and punitive damages, along with attorney's fees and costs. Equifax was on clear notice that the failure to update public records with respect to judgments was problematic for Equifax. Other lawsuits raising the same issue has been filed against Equifax in this and other jurisdictions for the same failure.

17. In the alternative, Equifax's conduct, actions and inactions were negligent, rendering Equifax liable under 15 U.S.C. § 1681o for actual damages, along with attorney's fees and costs.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Deron T. Bane requests that the Court grant him the following relief:

1. Award maximum statutory money damages against Defendant under 15 U.S.C. §1681n;

2. Award Plaintiff his Attorney's fees, litigation expenses and costs;

3. Award Plaintiff his actual damages against Defendant under 15 U.S.C. §1692n or, in the alternative, under 15 U.S.C. § 1681o;

4 Award Plaintiff punitive damages against Defendant under 15 U.S.C. § 1681n;

5. A trial by jury; and

6. Any other relief to which Plaintiff may be entitled.

                                              Respectfully submitted,

                                              /s/ James R. McKenzie
                                              **James R. McKenzie**

*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:   (502) 371-2179
Fax:   (502) 257-7309
jmckenzie@jmckenzielaw.com

James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com

-4-