UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHER DIVISION
ASHLAND

Civil Action No. 17-50-HRW

DERON T. BANE,                                                                PLAINTIFF,

V.                                          **ORDER**

EQUIFAX INFORMATION SERVICES, LLC,                        DEFENDANT.

**IT IS HEREBY ORDERED** that this matter be **DISMISSED WITH PREJUDICE**.

This __27th__ day of November, 2017.



Signed By:
*Henry R. Wilholt, Jr.*
United States District Judge